# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **Case No.    16-MJ-2112** |
| | ) | **Magistrate Judge Knowles** |
| PRESTON DAVIS | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes now the defendant, Preston Davis, by and through counsel of record, G. Kerry

Haymaker, hereby moves this Honorable Court for leave to file the associated Affidavit under

seal.

Respectfully submitted,

**HAYMAKER & HEROUX, P.C.**

*/s G. Kerry Haymaker*
G. Kerry Haymaker, BPR 18695
Attorney for the Defendant
The Court Square Building
300 James Robertson Pkwy Suite 306
Nashville, Tennessee 37201
(615)250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for Leave to File
Under Seal has been delivered by US Mail to **Amanda Klopf,** Assistant United States Attorney,
110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 15th day of
September, 2016.

*/s G. Kerry Haymaker*
G. Kerry Haymaker