UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE MOTION TO UNSEAL 16-MJ-2112 | UNDER SEAL<br><br>Judge Holmes |

**ORDER**

Upon motion of the United States, it is hereby ORDERED that the motion to unseal filed on October 11, 2016, is placed under seal until further order of this Court.

It is so ORDERED this 11th day of October, 2016

Hon. Barbara D. Holmes
United States Magistrate Judge